

# NUMBER 13-25-00494-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

TX-STAR SPEECH-LANGUAGE
SERVICES, CORP.,                                                          Appellant,

v.

ANDREA SABATINO AND ELITE
LEARNING SOLUTIONS, LIMITED
LIABILITY COMPANY,                                                       Appellees.

## ON APPEAL FROM THE 166TH DISTRICT COURT
## OF BEXAR COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West
Memorandum Opinion by Justice Peña**

This cause is before this Court on a joint motion to dismiss.[1] On October 30, 2025, this appeal was abated upon appellant's partially unopposed motion for temporary sealing of documents. In the joint motion, the parties advise they have reached an agreement and request that this Court set aside the trial's court judgment without regard to the merits and remand the case to the trial court for entry of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Texas Rule of Appellate Procedure 42.1(a)(2), governing the voluntary dismissal of civil appeals by agreement, allows an appellate court to:

(A)     render judgment effectuating the parties' agreement;

(B)     set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or

(C)     abate the appeal and permit the proceeding in the trial court to effectuate the agreement.

*Id.* R. 42.1(a)(2). Accordingly, we reinstate this case, grant the parties joint motion, vacate the August 21, 2025 order denying appellant's motion to seal court records without regard to the merits, dismiss the appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement and for any further proceedings deemed necessary. *See id.* In accordance with the agreed motion, costs are taxed against the party incurring the same. *See id.* R. 42.1(d). We further dismiss all pending motions as moot. Having dismissed the appeal at the parties' request, no motion

---

[1] This appeal was transferred from the Fourth Court of Appeals in San Antonio pursuant to an order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001.

for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
29th day of January, 2026.